IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

WILLIAM MITCHELL,

        Plaintiff,

    v.

RUSSEL BURGER, et al.,

        Respondents.

No. 1:14-cv-1854-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

    After reviewing the file, I agree with Magistrate Judge Clarke that this action must be dismissed for the reasons cited in

1 - ORDER

the prior order (#5), and for failure to prosecute. Accordingly, I adopt the Findings and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Findings and Recommendation (#18) is adopted. Petitioner's motion to transfer (#17) is denied. The petition (#1) is dismissed without prejudice.

IT IS SO ORDERED.

DATED this  17  day of April, 2015.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER